NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BABI KITELONGA,<br><br>  Petitioner,<br><br>v.<br><br>YOLANDA PITTMAN, et al.,<br><br>  Respondents. | Civil Action No. 25-12000<br><br>**ORDER** |

**CECCHI, District Judge.**

Before the Court is Babi Kitelonga's ("Petitioner") petition for a writ of habeas corpus. To give the Court an opportunity to consider whether it has jurisdiction, and if so to determine the validity of the habeas petition,

**IT IS** on this 21st day of June, 2025:

**ORDERED** that Petitioner shall not be transferred or removed from Pine Prairie ICE Processing Center in Pine Prairie, Louisiana, unless and until the Court issues a contrary order. The Court has authority to stay removal under the All Writs Act. *See* 28 U.S.C. § 1651 (permitting courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) recognizes "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels."); *see also Dabone v. Karn*, 763 F.2d 593, 597 (3d Cir. 1985).

**SO ORDERED.**

  **HON. CLAIRE C. CECCHI**
  United States District Judge