

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

___

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*Frances C. Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

main: (973) 645-2700
direct:(973) 297-2038

August 8, 2025

**ECF**

Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re:** ***Kitelonga v. Pittman, et al.,***
            **Civil No. 25-12000 (CCC)**
            **Request for an Extension to Respond to Petition by Consent**

Dear Judge Cecchi:

      This office represents the Respondents in the above matter in which Petitioner seeks the Court to order his immediate release from immigration detention. I write to respectfully request an extension of the Respondents' deadline to respond to the habeas petition from August 11 to September 2, 2025. Joseph Moravec, Esq., counsel for Petitioner, consents to the September 2, 2025 extension.

      I recently learned that U.S. Immigration Customs and Enforcement ("ICE") will not release Petitioner at this time, and ICE continues to search for a third country for removal. If the extension is granted, we respectfully request that the Court "so order" this letter and have the Clerk's Office file it on the docket.

      Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          TODD W. BLANCHE
                                          U.S. Deputy Attorney General

                                          ALINA HABBA
                                          Acting United States Attorney

By: *s/Frances C. Bajada*
FRANCES C. BAJADA
Assistant United States Attorney

cc: Counsel of record (ECF)

SO ORDERED

__s/Claire C. Cecchi____
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/11/2025